## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CR-20373-RAR

**UNITED STATES OF AMERICA**

**v.**

**CHARLIE HOLLEY,**

               **VERDICT FORM**

 Defendant.

_____/

### COUNT ONE

 As to **Count 1** of the Indictment, which charges Attempted Murder, we, the Jury, unanimously find the Defendant, **CHARLIE HOLLEY**:

    GUILTY _____     NOT GUILTY __✓__

### COUNT TWO

 As to **Count 2** of the Indictment, which charges Assaulting, Resisting, or Impeding Certain Federal Employees, we, the Jury, unanimously find the Defendant, **CHARLIE HOLLEY**:

    GUILTY __✓__     NOT GUILTY _____

## COUNT THREE

In relation to the crime of violence charged as Count 1:

As to **Count 3** of the Indictment, which charges Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence, we, the Jury, unanimously find the Defendant, **CHARLIE HOLLEY**, as follows:

    a.  Used or carried a firearm during and in relation to a crime of violence:

        GUILTY _____        NOT GUILTY __✔__

    b.  Knowingly possessed a firearm in furtherance of a crime of violence:

        GUILTY _____        NOT GUILTY __✔__

If you find the Defendant Not Guilty as to <u>both</u> subsection a and b above, go no further. However, if you find the Defendant Guilty as to subsection a <u>or</u> b above, answer the questions below.

We, the jury in the above captioned case, unanimously find the Defendant, **CHARLIE HOLLEY**, brandished a firearm during and in relation to a crime of violence as charged in Count 1:

        GUILTY _____        NOT GUILTY _____

We, the jury in the above captioned case, unanimously find the Defendant, **CHARLIE HOLLEY**, discharged a firearm during and in relation to a crime of violence as charged in Count 1:

        GUILTY _____        NOT GUILTY _____

In relation to the crime of violence charged as Count 2:

As to **Count 3** of the Indictment, which charges Brandishing and Discharging a Firearm in Furtherance of a Crime of Violence, we, the Jury, unanimously find the Defendant, **CHARLIE HOLLEY**, as follows:

    a.  Used or carried a firearm during and in relation to a crime of violence:

        GUILTY ✓       NOT GUILTY _____

    b.  Knowingly possessed a firearm in furtherance of a crime of violence:

        GUILTY ✓       NOT GUILTY _____

If you find the Defendant Not Guilty as to both subsection a and b above, go no further. However, if you find the Defendant Guilty as to subsection a or b above, answer the questions below.

We, the jury in the above captioned case, unanimously find the Defendant, **CHARLIE HOLLEY**, brandished a firearm during and in relation to a crime of violence as charged in Count 2:

        GUILTY ✓       NOT GUILTY _____

We, the jury in the above captioned case, unanimously find the Defendant, **CHARLIE HOLLEY**, discharged a firearm during and in relation to a crime of violence as charged in Count 2:

        GUILTY ✓       NOT GUILTY _____

## COUNT FOUR

As to **Count 4** of the Indictment, which charges Possession of a Firearm by a Convicted Felon, we, the Jury, unanimously find the Defendant, **CHARLIE HOLLEY**:

GUILTY         NOT GUILTY _____

## COUNT FIVE

As to **Count 5** of the Indictment, which charges Possession of Ammunition by a Convicted Felon, we, the Jury, unanimously find the Defendant, **CHARLIE HOLLEY**:

GUILTY         NOT GUILTY _____

**SO SAY WE ALL**

███████████████

**FOREPERSON OF THE JURY**
**(SIGN & PRINT NAME)**

Dated: _____3/11/24_____